**FILED**

SEP 20 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| Fernando Gastelum,<br><br>                    Plaintiff,<br><br>vs.<br><br>Arden Fair Associates dba Forever 21 Sacramento,<br><br>                    Defendant. | Case No.: 1:21-CU-01399 NONE-BAM<br><br>**COMPLAINT** |

I.     **STATEMENT OF CLAIM**

1. My name is Fernando Gastelum. I am 61 years old. I am missing a leg and use a wheelchair for mobility.

2. Defendant owns or operates a public accommodation at 1689 Arden Way Suite 1000, Sacramento, California 95815 (Defendant).

3. I visited there on June 30, 2021.

4. When I came there, I noted that it was not compliant with the Americans with Disabilities Act and the California's civil rights laws and California disabled person's law:

   a. Unsecured carpet at the entry. This condition makes it more difficult for me to wheel my wheelchair over uneven ground.

1

b. Protruding objects reduce clear width of accessible routes between display racks. This condition makes it more difficult for me to navigate my wheelchair between the display racks.

c. Clear width of accessible routes less than 32 inches between displays. This condition makes it more difficult for me to wheel myself between displays.

d. Sales counter does not provide accessible section for persons with wheelchairs.

5. I was denied equal access Defendant because Defendant does not comply with the ADA and California's civil rights law.

6. I will not return back to Defendant's place until it becomes fully compliant with federal and state disability laws.

## II.    RELIEF I REQUEST

1. Order Defendant business to comply with the ADA and California civil rights law or close it.

2. Order Defendant to pay my cost and expenses. If I retain a lawyer, then also my lawyer's fees.

3. Damages under California law for $4,000 per violation for a total to be determined at a hearing.

4. Other relief that I am entitled to.

## III.    REQUEST FOR JURY TRIAL

I request a jury trial.

DATED this 7th day of September, 2021.

2

1

2

Fernando Gastelum

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28