UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | No. 2:21-cv-01722 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| ARDEN FAIR ASSOCIATES, | |
| Defendant. | |

    Plaintiff is proceeding in this Americans with Disabilities Act ("ADA") action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On October 27, 2021, the court directed the parties to confer and participate in the court's Voluntary Dispute Resolution Program ("VDRP"). ECF No. 7. On February 14, 2022, plaintiff filed a motion to compel compliance, indicating defendant refused to confer and initiate the VDRP process. ECF No. 8. The court set a hearing date of March 16, 2022. ECF No. 9. On February 22, 2022, the Clerk of Court filed a notice that the case has now been activated in the VDRP program. ECF No. 10.

    In light of this case's activation in the VDRP system, the undersigned DENIES the motion to compel (ECF No. 8) as MOOT and VACATES the March 16, 2022 hearing.

IT IS SO ORDERD.

DATED: March 1, 2022

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE